IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:23-cr-00082-RRB |
| vs. | |
| ANTHONY JESSE JOHNSON, | **ORDER** |
| Defendant. | |

The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 38, in its entirety and enters an adjudication of guilt as to Count 2 of the Indictment.

DATED this 17th day of July, 2024, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge